IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SITAWA NANTAMBU JAMAA,<br><br>    Plaintiff,<br><br>  vs.<br><br>CAL TERHUNE, et al.,<br><br>    Defendant(s). | No. C 01-20091 JW (PR)<br><br>ORDER OF DISMISSAL<br><br><br><br>(Docket No. 82) |

Per order filed on February 8, 2008, the Court granted defendants' motion to dismiss plaintiff's pro se prisoner civil rights complaint with leave to amend within thirty (30) days, and advised plaintiff that failure to file a proper amended complaint within the designated time would result in the dismissal of this action. (Docket No. 71 at 11.) Plaintiff was granted three extensions of time to file an amended complaint, with the Court granting a final extension to file no later than July 24, 2008. (Docket No. 80.) The deadline has since passed, and Plaintiff has not filed an amended complaint. Accordingly, the action is DISMISSED without prejudice.

The clerk shall terminate all pending motions as moot, including Docket No. 82.

DATED: August 20, 2008

JAMES WARE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.01\Jamaa091.dismissal.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SITAWA NANTAMBU JAMAA,,

        Plaintiff,

  v.

CAL TERHUNE, et al.,

        Defendants.
                               /

Case Number: CV01-20091 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/10/208 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sitawa Nantambu Jamaa C-35671
Pelican Bay State Prison
P. O. Box 7500
Crescent City, CA 95532-7500

Dated: 9/10/2008

                       Richard W. Wieking, Clerk
                  /s/ By: Elizabeth Garcia, Deputy Clerk